**Bertha Sanders, Plaintiff-Appellee, v. Alonzo Sanders, Defendant-Appellant.**

**Gen. No. 50,596.** 

First District, Fourth Division.

December 3, 1965.

Stephen Lee, of Chicago, for appellant; Eugene F. Welter, of Chicago, for appellee. Opinion by JUSTICE ENGLISH. Not to be published in full.